# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Juan Thompson                                          Docket No.:  4:22CR00146-1 HEA

Name of Sentencing Judicial Officer: Originally sentenced by the Honorable P. Kevin Castel, United States District Judge in the Southern District of New York. On March 10, 2022, jurisdiction transferred to the Honorable Henry E. Autrey, United States District Judge in the Eastern District of Missouri.

Date of Original Sentence: December 20, 2017

Original Offense: Count 1: Cyberstalking
                  Count 2: Conveying False Information and Hoaxes

Original Sentence: 60 months of imprisonment on Counts 1 and 2, concurrently, and 3 years supervised release. On November 3, 2022, Thompson's term of supervised release was revoked to four months imprisonment. This term consists of 4 months on each of Counts 1 and 2, all such terms to be served concurrently, and 24 months supervised release on each of Counts 1 and 2, all such terms to be served concurrently.

Type of Supervision: Supervised Release                    Date Supervision Commenced: January 17, 2023
                                                                      Expiration Date: January 16, 2025

Assistant U.S. Attorney: Tracy Berry                             Defense Attorney:  Lucille Liggett

---

## PETITIONING THE COURT

[X]     To issue a warrant

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number**

Mandatory Condition No. 2: You must not unlawfully possess a controlled substance.

Mandatory Condition No. 3:  You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

Special Condition:  You must not use or possess any controlled substances without a valid prescription. If you do have a valid prescription, you must disclose the prescription information to the probation officer and follow the instructions on the prescription.

**Nature of Noncompliance**

On February 15, 2023, Thompson submitted to a drug screen that returned positive for amphetamines and cocaine. On March 7, 2023, Thompson was questioned about the results of this sample. Thompson denied amphetamine and cocaine use. This sample was sent to the National Lab and confirmed positive for amphetamine, methamphetamine, and benzoyleconine.

On March 22, 2023, Thompson was provided the National Lab results. Thompson admitted to the use of amphetamines, methamphetamine, and cocaine.

**Violation Number**

Standard Condition No. 2: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Nature of Noncompliance**

On January 24, 2023 during a home visit, Thompson was instructed to report to the U.S. Probation Office on January 26, 2023 at 2:00pm for an office appointment. On January 26, 2023, Thompson sent the undersigned officer a text message stating that he was on his way but dealing with traffic. Thompson failed to report for this appointment. On January 27, 2023, the undersigned officer received an email from Thompson stating that his sister had a seizure while driving Thompson to this appointment.

On February 17, 2023, Thompson was mailed and texted a directive to report to the U.S. Probation Office on March 1, 2023 at 11:30am for an office visit and a drug screen. On March 1, 2023, Thompson failed to report for this appointment. On March 7, 2023, Thompson was questioned about missing this appointment. Thompson denied knowing that he had an office appointment on this date.

On March 10, 2023 during a home visit, Thompson was instructed to report the U.S. Probation Office on March 16, 2023 at 2:30pm for an office visit. On March 16, 2023, Thompson failed to report for this appointment.

On March 22, 2023, Thompson was questioned about this missed appointment. Thompson reported that he sent an email stating that he could not make this appointment as scheduled. It should be noted that the undersigned officer did receive an email from Thompson on March 17, 2023 requesting to reschedule his appointment. The undersigned officer emailed Thompson back instructing him to return the call as he was not scheduled for an appointment on this date. Thompson never called the undersigned officer.

On March 17, 2023, Thompson was mailed and texted a directive to report to the Probation Office for an office appointment and drug screen on March 28, 2023 at 10:45am. On March 28, 2023, Thompson failed to report for this appointment.

On April 12, 2023, Thompson was mailed, texted, and hand delivered a directive to report to the U.S. Probation Office for a noncompliance meeting with management on April 20, 2023, at 11:30am. On April 19, 2023, Thompson was informed by phone that the undersigned officer made a mistake on the date of the noncompliance meeting and that it is actually scheduled for April 26, 2023 at 11:30am. On April 26, 2023, Thompson failed to appear to the office appointment.

On April 19, 2023, Thompson reported that he no longer could be reached on his cell phone as it was dropped in the toilet and was no longer working. Thompson never provided this officer with a new number to reach him at despite being asked on multiple occasions.

On April 29, 2023, Thompson was emailed a directive to contact the undersigned officer on May 1, 202,3 by phone. On May 1, 2023, Thompson failed to contact the undersigned officer.

On May 2, 2023, Thompson was emailed a directive to report to the Probation Office for an office appointment and drug screen on May 8, 2023 at 10:00am. On May 8, 2023, Thompson failed to appear to the office appointment.

On May 9, 2023, a written directive was left at Thompson last known address at his parent's residence to report to the Probation Office for an office appointment on May 12, 2023 at 9:00am. On May 12, 2023, Thompson failed to report for the office appointment.

It should be noted that there has been no contact with Thompson other than by sporadic emails since April 19, 2023, based on his failure to follow directives.

**Violation Number**

Standard Condition No. 5: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

Special Condition (modified on March 16, 2023) : You must reside in a residential reentry center for a term of not more than four months. You must follow the rules and regulations of the center.

**Nature of Noncompliance**

On March 23, 2023, Thompson started his four month residential reentry center stay at Dismas House.

On April 11, 2023, the undersigned officer received an email from the Federal Program Director at Dismas House that Thompson submitted a drug screen on April 4, 2023 that returned positive for amphetamines, methamphetamine, buprenorphine, and norbuprenorphine. On April 12, 2023, the undersigned officer informed Thompson that if he tested positive again at the residential reentry center, he would be discharged from the program.

On April 25, 2023, the undersigned officer received another email from the Federal Program Director at Dismas House that Thompson submitted a drug screen on April 17, 2023 that was positive for amphetamines and methamphetamine.  Thompson was terminated from the program on April 25, 2023 as a result.

On April 25, 2023, Thompson sent the undersigned officer an email confirming his discharge from Dismas House.  He indicated he was going to his sister's house.  Thompson confirmed that he still did not have a cell phone but that he would report April 27, 2023.  The undersigned officer emailed Thompson back and requested that he provide his sister's name, address, and phone number.  Thompson failed to do so.  As of the writing of this report, Thompson has never provided the information requested.  It is unknown where he has been residing since he left Dismas House on April 25, 2023.

On May 9, 2023, an attempt was made to locate Thompson at his last known address with his parents.  A female answered the door and stated that Thompson had been staying there but left earlier to go to the store.  A letter was left for her to give Thompson instructing him to call the undersigned officer upon receipt of the letter and to report to the U.S. Probation Office on May 12, 2023 at 9:00am.  Thompson failed to do both.  His current whereabouts are unknown.

**Violation Number**

Standard Condition No. 7: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

Standard Condition No. 13:  You must follow the instructions of the probation officer related to the conditions of supervision.

**Nature of Noncompliance**

Since starting this term of supervised release on January 17, 2023, Thompson has failed to obtain employment, participate in employment programming, or maintain a job log.

On March 7, 2023, Thompson was instructed to start applying for at least 10 jobs per week and to keep a log of his applications and follow up attempts on those applications.  Thompson was instructed to bring his job log to several of the appointments listed above that he failed to attend.  To date, the undersigned officer has only been able to review the job log on March 10, 2023 and March 28, 2023.  On both dates, Thompson had not applied for 10 or more jobs per week.

On March 17, 2023 and April 3, 2023, Thompson was mailed and texted directives to engage in the U.S. Probation Office's FOCUS Employment Program, starting April 18, 2023, and continue participating in

the program sessions for six weeks. On March 30, 2023, Thompson was reminded in person to participate in this program.

On March 24, 2023, Thompson was mailed a directive to participate in the 2nd Chance Job Fair on April 26, 2023. Thompson was further instructed to submit his video for the job fair by April 11, 2023. On April 12, 2023, Thompson was questioned about his 2nd Chance Job Fair video submission. He admitted that he had not yet submitted his video. Thompson was instructed to submit his video as soon as possible. On April 19, 2023, Thompson was questioned about his 2nd Chance Job Fair video submission, where he stated that he had not submitted his video yet due to no longer having a working cellular device. Thompson was verbally directed to submit his 2nd Chance Job Fair video by April 20, 2023. It is unknown if Thompson ever submitted this video as this is the last contact that the undersigned officer had with him.

On April 18, 2023, Thompson failed to report to the U.S. Probation Office's FOCUS Employment Program. On April 19, 2023, Thompson was questioned about his failure to attend, where he denied ever receiving a letter or text message directive from the undersigned officer about the FOCUS Employment Program.

On April 19, 2023, Thompson was verbally instructed to engage in the U.S. Probation Office's FOCUS Employment Program for the remainder of the six weeks as he missed the first session.

On April 21, 2023, Thompson failed to report to the FOCUS Employment Program. The undersigned officer has been unable to question Thompson regarding this missed session as he has made himself unavailable. Due to missing the first two of six sessions, Thompson was terminated from the program for failure to attend.

## Violation Number

Special Condition: You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

## Nature of Noncompliance

On February 15, 2023, Thompson was instructed to call the random drug testing line daily and to report for required drug screens.

On February 22, 2023, Thompson failed to report for a required drug screen.

On March 7, 2023, Thompson was questioned about this missed screen. Thompson stated that he called in but did not have a scheduled drug screen that day.

On February 24, 2023, Thompson failed to report for a required drug screen.

On March 7, 2023, Thompson was questioned about this missed screen. Thompson stated that he called in but did not have a scheduled drug screen that day.

On February 17, 2023, Thompson was mailed and texted a directive to report to the U.S. Probation Office on March 1, 2023 at 11:30am for an office visit and a drug screen. On March 1, 2023, Thompson failed to report or call the undersigned officer.

On March 7, 2023, Thompson was questioned about missing this appointment. Thompson denied knowing that he had an office appointment on this date.

On March 17, 2023, Thompson was mailed and texted a directive to report to the Probation Office for an office appointment and drug screen on March 28, 2023 at 10:45am. Thompson failed to report.

On March 26, 2023, Thompson failed to report for a required drug screen.

On March 28, 2023, Thompson was questioned about this missed drug screen. Thompson stated that he was feeling ill that day.

On April 4, 2023, Thompson failed to report for a required drug screen.

On April 12, 2023, Thompson was questioned about this missed screen. Thompson stated that he did not go to Avertest, as he did not see a reason to go there since he was required to submit to weekly drug tests at Dismas House.

On April 13, 2023, Thompson failed to report for a required drug screen.

On April 19, 2023, Thompson was questioned about this missed drug screen. Thompson admitted that he forgot to call the random drug testing line this day.

On April 15, 2023, Thompson failed to report for a required drug screen.

On April 19, 2023, Thompson was questioned about this missed drug screen. Thompson admitted that he forgot to call the random drug testing line this day.

On May 2, 2023, Thompson was emailed a directive to report to the Probation Office for an office appointment and drug screen on May 8, 2023 at 10:00am. Thompson failed to appear to the office appointment.

On May 5, 2023, Thompson failed to report for a required drug screen.

Thompson has not been questioned about this missed screen as he has not made himself available and had no contact with the undersigned officer since April 19, 2023.

It should be noted that Thompson has not submitted to a required drug screen since March 15, 2023. The undersigned officer checked COMPLY and learned that since starting his supervision on January 17, 2023, Thompson has not called the random drug testing line at all.

**Violation Number**

Special Condition:  You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of the program.  The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.

Special Condition:  You must participate in substance abuse treatment program and follow the rules and regulations of that program.  The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Special Condition:  You must participate in a mental health treatment program and follow the rules and regulations of that program.  The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**Nature of Noncompliance**

Thompson was scheduled to start weekly Moral Reconation Therapy (MRT) groups on March 22, 2023 and biweekly individual dual diagnosis treatment sessions on March 30, 2023.

On March 22, 2023, Thompson failed to report for a scheduled MRT session.

On March 27, 2023, Thompson was questioned about missing this session.  Thompson stated he was feeling ill that day.

On March 30, 2023, Thompson failed to report for a scheduled individual dual-diagnosis treatment session at Risse Counseling Service.

On April 5, 2023, Thompson failed to report for an MRT session at Risse Counseling Service.

On April 12, 2023, Thompson was questioned about his failure to engage in treatment services. Thompson reported that he missed last week as he was not approved to leave the residential reentry center for his session.

On April 12, 2023, Thompson was provided with two listings for residential and detox providers in Missouri and Illinois.  Thompson was instructed to locate a state funded bed immediately.  As of the writing of this report, Thompson has not entered residential treatment.

On April 19, 2023, Thompson failed to report for a MRT session at Risse Counseling Service.

On April 19, 2023, Thompson was reminded by the undersigned officer to attend his scheduled appointment for dual diagnosis treatment on April 20, 2023.  On April 20, 2023, Thompson failed to report for an individual dual diagnosis treatment session at Risse Counseling Service.

On April 26, 2023, Thompson failed to report for a MRT session at Risse Counseling Service.

On April 27, 2023, Thompson failed to report for a scheduled individual dual diagnosis treatment session at Risse Counseling Service.

On May 3, 2023, Thompson failed to report for a MRT session at Risse Counseling Service.

On May 10, 2023, Thompson failed to report for a MRT session at Risse Counseling Service.

As Thompson has not made himself available, he has not been interviewed regarding the remaining misses sessions.

**Violation Number**

Special Condition: If the judgement imposes a financial penalty, you must pay the financial penalty in accordance with the Schedule of Payments sheet of the judgement. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

**Nature of Noncompliance**

Per the original Judgement and Commitment Order in this case dated December 20, 2017, Thompson is ordered to pay restitution in the amount of $21,313.38. Restitution is to be paid in monthly installments of 10% of Thompson's gross monthly income, to commence 30 days after release from imprisonment.

On February 15, 2023, the undersigned officer met with Thompson in the office. Thompson reported that his monthly income was approximately $300 per month provided to him by friends. Thompson was provided with a copy of his court order and an OPERA report showing his outstanding restitution. This officer reviewed the requirements with Thompson and instructed him to start making monthly payments beginning in February 2023.

In February 2023, Thompson failed to make a restitution payment.

On March 7, 2023, Thompson was questioned about this missed payment. Thompson stated that he did not make a payment as he is unemployed.

In March 2023, Thompson failed to make a restitution payment.

On April 12, 2023, Thompson was questioned about this missed payment. Thompson stated that he was unable to pay his restitution as he had to pay about $200 for prescriptions.

In April 2023, Thompson failed to make a restitution payment.

To date, Thompson has failed to make any payments towards his restitution and the balance remains $21,313.38.

**Previous Violations**

None

**U.S. Probation Officer Recommendation:** It is respectfully recommended that Thompson's term of supervised release be revoked at this time.

There appears to be clear and convincing evidence that Thompson has failed to abide by the conditions of his supervised release and is not amenable to the conditions of community supervision at this time. Thompson's current whereabouts are unknown, and the undersigned officer does not have a way to reach him. Additionally, he has failed to maintain contact with the undersigned officer. Based on the violations outlined in this report, revocation is recommended.

The Supervised Release should be

    [X] revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2023

Approved,

by *Koda J. Hendrix* (signature)

Lisa M. White
Supervising U.S. Probation Officer
Date: May 15, 2023

Respectfully submitted,

by *BHarmon* (signature)

Brandy J. Harmon
U.S. Probation Officer
Date: May 15, 2023

---

THE COURT ORDERS:

☐ No Action
☒ The Issuance of a <u>Warrant</u>
☐ The Issuance of a Summons
    Appearance Date:
    Appearance Time:
    Courtroom Number:
☐ Other

_____
Signature of Judicial Officer

May 15, 2023
Date

I:\Supervision\12C\Thompson, Juan 12C 422CR00146-1 HEA 05-12-2023.docx