# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

## Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: Juan Thompson | Docket No.: 4:22CR00146-1 HEA |

Name of Sentencing Judicial Officer: The Honorable P. Kevin Castel, United States District Judge, Southern District of New York. On March 10, 2022, jurisdiction transferred to the Honorable Henry E. Autrey, United States District Judge, Eastern District of Missouri.

Date of Original Sentence: December 20, 2017

Original Offense: Count 1: Cyberstalking
Count 2: Conveying False Information and Hoaxes

Original Sentence: 60 months imprisonment on Counts 1 and 2, and 3 years supervised release, all such terms to be served concurrently. On November 3, 2022, supervised release revoked and sentenced to 4 months imprisonment on Counts 1 and 2, all such terms to be served concurrently; followed by 24 months supervised release, all such terms to be served concurrently.

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: December 28, 2023 |
| | Expiration Date: December 27, 2025 |

---

This report is being submitted to request that the Warrant issued on June 12, 2024, be recalled due to Thompson's death on September 7, 2024.

On October 30, 2024, contact was made with the St. Louis City Medical Examiners Office who confirmed that Thompson died on September 7, 2024, of a suspected overdose (Case #2024-1990). They are still waiting for confirmation through toxicology reports. However, the initial findings found alcohol and other substances in his system at the time of his death.

**RECOMMENDATION:** It is the recommendation of the United States Probation Office that the warrant issued on June 12, 2024, be recalled. As Thompson has been confirmed to be deceased, the United States Probation Office will be closing interest in this case.

| Respectfully submitted, | Approved, |
|---|---|
| by *[signature: Roxanne F. Jolly]* for Jessica Marsac | by *[signature: Roxanne F. Jolly]* |
| Jessica Marsac | Roxanne F. Jolly |
| U.S. Probation Officer | Supervising U.S. Probation Officer |
| Date: October 30, 2024 | Date: October 30, 2024 |

Juan Thompson
4:22CR00146-1 HEA

2

## THE COURT ORDERS

☒　　Warrant Recalled
☐　　Other

_____
Signature of Judicial Officer

October 31, 2024_____
Date

I:\Supervision\12AS3\Thompson, Juan 12AS3 422CR00146-1 HEA 10-30-2024.docx